UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Shiekman,<br><br>            Plaintiff,<br><br>v.<br><br>Bjorn Q. Aaserod, et al.<br><br>           Defendants. | Case No. 15-cv-3025 (PKC)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10-14-15 |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and among counsel for Plaintiff, Jonathan Shiekman, and counsel for Defendants, Bjorn Q. Aaserod, Cynthia Aaserod, Shyda Gilmer, Kristofer Green and Imperial Wine & Spirits, LLC that (1) the above-captioned action is hereby dismissed without prejudice, and (2) Defendants shall not seek the payment of costs under Federal Rule Civ. Pro. 41(d)(1) in the event Plaintiff refiles this action or any similar action. Each party

shall bear its own fees and costs in this action.

/s/ James D. Rosener

James D. Rosener
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018
212.808.2717
rosenerj@pepperlaw.com

and

Laurence Z. Shiekman (admitted *pro hac vice*)
PEPPER HAMILTON LLP
Two Logan Square
Suite 3000
Philadelphia, PA 19103
215.981.4347
shiekmanl@pepperlaw.com
*Attorneys for Plaintiff Jonathan Shiekman*

/s/ Lloyd M. Eisenberg

Lloyd M. Eisenberg
EISENBERG & CARTON
1227 Main Street, Suite 101
Port Jefferson, NY 11777
631.213.8282
*Attorneys for Defendants*

Dated: October 8, 2015

**SO ORDERED:**

U.S.D.J.

10-14-15

-2-